# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Messitte, Peter J. | U. S. District Court | 4/23/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Senior | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U. S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Pension Payments - State of Maryland Judiciary | $48,733.00 |
| 2. 2/2011 | US Department of State: Conference Hague Convention on Child Abduction | $1,393.00 |
| 3. 3/11-4/11 | Fulbright Commission: Columbus School of Law (CUA) | $18,247.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | US Department of State | 2/20/11-2/26/11 | Mexico City, Mexico | International Conference | Transportation, meals, hotel |
| 2. | Fulbright Commission and Columbus School of Law (CUA) | 3/5/11-4/17/11 | Lisbon/Porto/Coimbra, Portugal | Law Teaching | Transportation, meals, hotel |
| 3. | Levin College of Law/Univ of FLA | 5/9/11-5/10/11 | Gainesville, FL | Educ. Seminar | Transportation, meals, hotel |
| 4. | Yeditepe Law School of Istanbul | 11/13/11-11/19/11 | Istanbul, Turkey | Jurist-in-residence | Transportation, meals, hotel |
| 5. | | | | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Messitte, Peter J. | 4/23/2012 |

6. _____ _____ _____ _____ _____

7. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 4/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 4/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bank of America | A | Interest | J | T | | | | | |
| 2. | PJM/IRA Morgan Stanley(same as #3-#22) | C | Dividend | N | T | | | | | |
| 3. | Legg Mason Value Trust | A | Dividend | J | T | | | | | |
| 4. | Legg Mason Special Investment Trust | A | Dividend | J | T | | | | | |
| 5. | American Funds: Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 6. | NOT USED | | | | | | | | | |
| 7. | Royce Penn Mutual Fund | A | Dividend | J | T | | | | | |
| 8. | Blackrock US Opp. Portfolio Fd | A | Dividend | J | T | | | | | |
| 9. | Blackrock Global Alloc. Fd | A | Dividend | K | T | | | | | |
| 10. | Growth Fd of Am C1F1 | A | Dividend | K | T | | | | | |
| 11. | Hartford Cap App II Fd C1 I | A | Dividend | K | T | | | | | |
| 12. | Henderson Int Opp Fd C1 W | A | Dividend | K | T | | | | | |
| 13. | Lord Abbett Dev Growth Fd C1 F | A | Dividend | J | T | | | | | |
| 14. | MFS Value Fd C1 A | A | Dividend | K | T | | | | | |
| 15. | Oppenheimer Dev Mkts Fd C1 Y FDS | A | Dividend | J | T | | | | | See Part VIII |
| 16. | Thornburg Inv Inc Bldr Fd C1 I | A | Dividend | K | T | | | | | |
| 17. | Invesco Floating Rate Fund C1 Y | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 4/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hartford Inflation Plus Fd C1 Inflation | A | Dividend | J | T | | | | | |
| 19. JP Morgan Strat Inc Opp Fd Select Class | A | Dividend | J | T | | | | | |
| 20. Pimco Total Return Fd C1 P | A | Dividend | J | T | | | | | |
| 21. Sentinel Gov't Securities Fd Cl A | A | Dividend | J | T | | | | | |
| 22. Templeton Glob Bond Fd Advisor Class | A | Dividend | J | T | | | | | |
| 23. Capital One Bank (formerly Chevy Chase Bank) | C | Interest | N | T | | | | | |
| 24. Sun Trust Bank, | A | Interest | L | T | | | | | |
| 25. SM/IRA (Morgan Stanley) (Same as #26-29) | A | Dividend | K | T | | | | | |
| 26. Legg Mason Value Trust | A | Dividend | J | T | | | | | |
| 27. Blackrock US Opp Portfolio Fd | A | Dividend | J | T | | | | | |
| 28. Pimco Total Return Fd | A | Dividend | J | T | | | | | |
| 29. Fed Eq Fds Kaufmann Lge Cap Fd Inst C1 | A | Dividend | J | T | | | | | |
| 30. SM/CGM (same as #31 - #51 ) | B | Dividend | M | T | | | | | |
| 31. Royce Penn. Mutual Fund | A | Dividend | J | T | | | | | |
| 32. NOT USED | | | | | | | | | |
| 33. Legg Mason Opp. Trust, Cl 1 | A | Dividend | J | T | | | | | See Part VIII |
| 34. Henderson Global Eq. Income Fund C1 W | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 4/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Investment Co. of America, Fd Cl A | A | Dividend | J | T | | | | | |
| 36. Blackrock Global Alloc. Fd, Inc. Malox Inc CL | A | Dividend | J | T | | | | | See Part VIII |
| 37. Invesco Floating Rate Fund Cl Y | A | Dividend | J | T | | | | | |
| 38. Blackrock US Opp Portfolio Fd | A | Dividend | J | T | | | | | |
| 39. Delaware Diversified, Income Fd C1 A | A | Dividend | J | T | | | | | |
| 40. Europacific Growth Fd Class F1 | A | Dividend | J | T | | | | | |
| 41. Growth Fund of Amer Class F1 | A | Dividend | J | T | | | | | |
| 42. Hartford Inflation Plus Fd C1 I | A | Dividend | J | T | | | | | |
| 43. Inc Fd of Amer C1 F1 | A | Dividend | K | T | | | | | |
| 44. JP Morgan Core Bond Fd C1 A | A | Dividend | K | T | | | | | |
| 45. Legg Mason Spec Inv Tr C1 1 | A | Dividend | J | T | | | | | |
| 46. Lord Abbett Dev Growth Fd C1 F | A | Dividend | J | T | | | | | |
| 47. MFS Value Fd C1 A | A | Dividend | J | T | | | | | |
| 48. NOT USED | | | | | | | | | |
| 49. Plmco Total Return Fd C1 P | A | Dividend | J | T | | | | | See Part VIII |
| 50. Van Kampen Eq & Inc Fd C1 Y | A | Dividend | J | T | | | | | See Part VIII |
| 51. Templeton Global Bond Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 4/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. [redacted] Rental Property | A | Rent | M | W | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 4/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Elaboration:

#15.  Further identified as "FDS".

#33.  Further identified as "Cl 1".

#36. Further identified as "Malox Inc CL".

#49. Further identified as "Class P".

#50.  Further identified as "Cl Y".

#52. This property is held for rent, but was not in fact rented in 2011; hence, no income was received.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter J. Messitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544